No. 1175, Misc. SANDEFUR *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1181, Misc. WRIGHT *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1182, Misc. LEE *v.* McKISSACK ET AL. C. A. 9th Cir. Certiorari denied.

No. 1183, Misc. AGUIRRE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1194, Misc. ALEXANDER *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1197, Misc. COTA *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Lawrence C. Cantor* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1047. NATIONAL INSIDER, INC. *v.* BEST MEDIUM PUBLISHING CO., INC., *ante,* p. 955;

No. 843, Misc. MORGAN *v.* UNITED STATES, *ante,* p. 962; and

No. 901, Misc. HUSKA *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *ante,* p. 965. Petitions for rehearing denied.

No. 704, Misc. JORDAN *v.* KAMP ET AL., 389 U. S. 1055. Motion for leave to file petition for rehearing denied.